# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

DELWRICK D. COLEMAN,
ADC # 656538                                                          PLAINTIFF

v.                      No. 2:13-cv-139-DPM-JJV

W. MCNARY, Captain, East Arkansas Regional
Unit, ADC; S. LANE, Captain, East Arkansas
Regional Unit, ADC; H. WILLIAMS, Sergeant,
East Arkansas Regional Unit, ADC; and L. ALLEN,
Sergeant, East Arkansas Regional Unit, ADC          DEFENDANTS

## ORDER

Unopposed recommendation, № 10, adopted. FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes). Coleman's claims against Lane and McNary are dismissed without prejudice for failure to state a claim.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 January 2014