IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DELWRICK D. COLEMAN
ADC #656538                                                                PLAINTIFF

v.                            No. 2:13-cv-139-DPM-JJV

H. WILLIAMS, Sergeant, East Arkansas
Regional Unit, ADC and L. ALLEN,
Sergeant, East Arkansas Regional Unit, ADC              DEFENDANTS

ORDER

Unopposed recommendation, № 34, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Defendants' motion for summary judgment, № 29, granted.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 October 2014