IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DELWRICK D. COLEMAN
ADC #656538                                                                           PLAINTIFF

v.                          No. 2:13-cv-139-DPM

W. MCNARY, Captain, East Arkansas Regional
Unit, ADC; S. LANE, Captain, East Arkansas
Regional Unit, ADC; H. WILLIAMS, Sergeant,
East Arkansas Regional Unit, ADC; and L. ALLEN,
Sergeant, East Arkansas Regional Unit, ADC                       DEFENDANTS

JUDGMENT

Coleman's amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 October 2014